**Abdulla Moideen KUNJI, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

No. 02–60821.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2003.

Before SMITH, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM.*

Abdulla Moideen Kunji, a native and citizen of India, petitions this court for review of the Board of Immigration Appeals' (BIA) affirmance of the Immigration Judge's (IJ) denial of his applications for political asylum and withholding of deportation. Kunji argues that the evidence was sufficient to support a finding of past persecution and a well-founded fear of persecution based on his association with the Muslim League.

When, as in this case, the BIA adopts without opinion the IJ's decision, this court reviews the IJ's decision. *Mikhael v. I.N.S.,* 115 F.3d 299, 302 (5th Cir.1997). Here, the IJ's determination that Kunji had not shown past persecution or a well-founded fear of future persecution if returned to India was supported by substantial evidence. *See Ontunez–Tursios v. Ashcroft,* 303 F.3d 341, 350 (5th Cir.2002); *Gomez–Mejia v. I.N.S.,* 56 F.3d 700, 702 (5th Cir.1995).

Kunji's petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.